UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CRAMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-01982-DJC-CKD (PS)<br><br><br>ORDER |

　　　　This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On March 11, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) No objections were filed and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1. The findings and recommendations filed March 11, 2025 (ECF No. 5), are adopted in full;

2. This action is dismissed for failure to state a claim and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 18, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE